**JAMES M. HACKETT, INC.**
**401 Eleventh Avenue**
**Fairbanks, Alaska 99701**
**(907) 456-3626**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RAMSEY KIM RASAVONG, )<br>)<br>Defendant. )<br>_____) | **APPOINTED CJA ATTORNEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Case No. 4:07-cr-00029-RRB-1

COMES NOW the undersigned CJA appointed attorney for Petitioner Ramsey Kim Rasavong ("Rasavong"), and moves the court for an extension of time from October 20, 2009, until December 23, 2009[1], within which to file an appropriate amended pleading, if any, on Rasavong's behalf.

The undersigned has not yet communicated with Rasavong, and has not yet reviewed all pertinent documents. The undersigned has spoken to

---

[1] Appointed counsel will be out of state from November 11, 2009 to November 22, 2009.

Assistant U.S. Attorney Stephen Cooper, who does not oppose the requested extension of time.

DATED at Fairbanks, Alaska this 20th day of October, 2009.

LAW OFFICES OF JAMES M. HACKETT

/s/ James M. Hackett
_____
James M. Hackett/ABN 7106014
Attorney for Defendant Rasavong
401 Eleventh, Fairbanks, Alaska, 99701
Fax (907) 451-7590,
email: jhackettlaw@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of October, 2009, a true and correct copy of the foregoing document was served via email on:

Stephen Cooper
U.S. Attorney's Office
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
FAX (907) 456-0577
Stephen.Cooper@usdoj.gov

LAW OFFICES OF JAMES M. HACKETT]

/s/ James M. Hackett
_____
James M. Hackett