IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAMSEY KIM RASAVONG,<br><br>　　　　　Defendant. | Case No. 4:07-cr-00029-01-RRB<br><br>**ORDER** |

Defendant's Second Motion for Early Termination of Supervised Release at Docket 98 is hereby GRANTED.

Defendant's supervised release is terminated effective May 24, 2019.

IT IS SO ORDERED this 14th day of May, 2019, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge